**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ORAL SURGEONS, P.C., ) | |
| ) | |
| Plaintiff, ) | Case No. 4:20-cv-222 |
| ) | |
| v. ) | Judge Charles R. Wolle |
| ) | Magistrate Judge Stephen B. Jackson, Jr. |
| THE CINCINNATI INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT THE CINCINNATI INSURANCE COMPANY'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant The Cincinnati Insurance Company hereby moves to dismiss Plaintiff Oral Surgeons, P.C.'s Petition at Law for failure to state a claim upon which relief can be granted. A Memorandum in Support of this Motion follows.

DATED: July 23, 2020                    LANE & WATERMAN LLP

                    By:   */s/ Robert V.P. Waterman, Jr*
                          Robert V.P. Waterman, Jr.
                          220 North Main Street, Suite 600
                          Davenport, Iowa 52801
                          Tel:  563.333.6618
                          Fax: 563.324.1616
                          Email: bwaterman@L-WLaw.com
                          **ATTORNEYS FOR THE**
                          **CINCINNATI INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that on July 23, 2020, the foregoing instrument was served via email upon Plaintiff's counsel of record as follows:

Randy J. Wilharber Email: randy@peddicord.law
Tyler S. Smith Email: tyler@peddicord.law

                          */s/ Robert V.P. Waterman, Jr.*