# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 21, 2020

Mr. Tyler S. Smith
PEDDICORD & WHARTON
Suite 125
6800 Lake Drive
West Des Moines, IA  50266

RE:  20-3211  Oral Surgeons, P.C. v. The Cincinnati Insurance Co.

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

  Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

  If you have any questions about the schedule or procedures for the case, please contact our office.

                 Michael E. Gans
                 Clerk of Court

AEV

Enclosure(s)

cc: Mr. Clerk, U.S. District Court, Southern Iowa
   Mr. Daniel G. Litchfield
   Mr. Laurence J. Tooth
   Mr. Robert V.P. Waterman Jr.
   Mr. Randy Wilharber

   District Court/Agency Case Number(s): 4:20-cv-00222-CRW

**Caption For Case Number:   20-3211**

Oral Surgeons, P.C.

        Plaintiff - Appellant

v.

The Cincinnati Insurance Company

        Defendant - Appellee

**Addresses For Case Participants:   20-3211**

Mr. Tyler S. Smith
PEDDICORD & WHARTON
Suite 125
6800 Lake Drive
West Des Moines, IA  50266

Mr.  Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Mr. Daniel G. Litchfield
LITCHFIELD & CAVO
Suite 300
303 W. Madison
Chicago, IL  60606-0000

Mr. Laurence J. Tooth
LITCHFIELD & CAVO
Suite 300
303 W. Madison
Chicago, IL  60606-0000

Mr. Robert V.P. Waterman Jr.
LANE & WATERMAN
Suite 600
220 N. Main Street
Davenport, IA  52801-1987

Mr. Randy Wilharber
PEDDICORD & WHARTON
Suite 125
6800 Lake Drive
West Des Moines, IA  50266