IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORAL SURGEONS, P.C., <br><br> Plaintiff, <br><br> vs. <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:20-cv-00222-CRW-SBJ <br><br><br> TAXATION OF COSTS |

On September 29, 2020, the Court entered an order granting Defendant's Motion Dismiss for Failure to State a Claim. ECF 23. On that same date, Judgment was entered in favor of Defendant. ECF 24. On October 7, 2020, Defendant filed a timely a Bill of Costs. ECF25. Plaintiff did not file an objection to the Bill of Costs.

Pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d)(1), the prevailing party is entitled to costs. Defendant requests $200.00 for pro hac vice fees paid to this Clerk of Court. This cost is allowable under 28 U.S.C. § 1920(1) and is hereby taxed to Plaintiff.

Defendants further request the cost of removing the case from state court to federal court in the amount of $400. The fee was required by the Clerk and was paid on July 16, 2020. This cost is taxed to Plaintiff.

IT IS THEREFORE ORDERED that costs are taxed in favor of Defendant and against Plaintiff in the amount of $600.00.

Dated this 23rd day of November, 2020.

Frank Severino
Chief Deputy Clerk of Court